John P. Sciacca, SBN 265049
Katherine L. Marlink, SBN 272555
**POWERS MILLER**
A Professional Corporation
3500 Douglas Blvd, Suite 100
Roseville, California 95661
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Plaintiffs,
SCOTT LARSEN and DEBBIE LARSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, IN ADMIRALITY

| | |
|---|---|
| In the matter of the Complaint of SCOTT LARSEN and DEBBIE LARSEN, owners, for exoneration from, or limitation of, liability,<br><br>　　　　Plaintiffs. | Case No.: 2:21-cv-00390 JAM AC<br><br>**NOTICE OF COMPLAINT FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY**<br><br>[Federal Rule of Civil Procedure Supplemental Rules F]<br><br>Admiralty & Maritime Claim |

　　　NOTICE IS HEREBY GIVEN that SCOTT LARSEN and DEBBIE LARSEN, owners ("Plaintiffs"), of the vessel, SWEET EMOTION, official number USCG Doc. #1280853, (the "Vessel"), did on March 2, 2021, file a complaint wherein they claimed the losses, damages and injuries occasioned, allegedly sustained or incurred upon, or in any manner arising out of the September 14, 2020 fire of the Vessel was not the result of any negligence on the Plaintiffs' part, or the result of any unseaworthiness of the Vessel or, that any such negligence or unseaworthiness was without the knowledge or privity of the Plaintiffs.

　　　All persons, concerns, or firms having claims for such

loss, damage, or injury must file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime claims on or before April 18, 2021 with the Clerk of the United States District Court for the U.S. District Court, Eastern District of California, 501 I Street, Suite 2500, Sacramento, California 95814, and serve on or mail a copy thereof to, Plaintiffs' attorneys, POWERS MILLER, 3500 Douglas Blvd., Suite 100, Roseville, CA 95661, Attn.: John P. Sciacca/Katherine L. Marlink, OR BE DEFAULTED.

Any claimant desiring to contest the right of the Plaintiffs to exoneration from, or limitation of, liability must file an answer to said Complaint, unless the claim contains an answer, and serve on or mail to Plaintiffs' attorneys a copy thereof on or before the date hereinabove set forth, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime claims.

DATED: March 3, 2021              POWERS MILLER

                                  By:  /s/ John P. Sciacca
                                       John P. Sciacca
                                       Attorneys for Plaintiffs
                                       SCOTT LARSEN and DEBBIE LARSEN

**APPROVED AS TO FORM**

DATED: March 4, 2021              /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE