John P. Sciacca, SBN 265049
Katherine L. Marlink, SBN 272555
**POWERS MILLER**
A Professional Corporation
3500 Douglas Blvd, Suite 100
Roseville, California 95661
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Plaintiffs,
Scott Larsen and Debbie Larsen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, IN ADMIRALITY

| | |
|---|---|
| In the matter of the Complaint of Scott Larsen and Debbie Larsen, owners, for exoneration from, or limitation of, liability,<br><br>Plaintiffs. | Case No.: 2:21-0390-JAM-AC<br><br>**ORDER ON APPLICATION FOR PUBLICATION OF NOTICE PER LOCAL RULE 171**<br><br>[L.R. 580; L.R. 171; Federal Rule of Civil Procedure Supplemental Rules F]<br><br>Admiralty & Maritime Claim |

Plaintiffs' Application for Publication Of Notice Per Local Rule 171 having been presented and good cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

Plaintiffs are to publish the notice required under Federal Rule of Civil Procedure Supplemental Rule F(4) in the Sacramento Bee **once a week** for **4 successive weeks**.

The language of such notice, pursuant to the deadlines set in the Court's March 4, 2021 order, is to be as follows:

> PLEASE TAKE NOTICE that, in an action in the U.S. District Court for the Eastern District of California, entitled In the matter of the Complaint of SCOTT LARSEN AND DEBBIE LARSEN, owners, for exoneration from, or limitation of, liability, case

number 2:21-+cv-00390-JAM-AC in which a Complaint for Exoneration from, or Limitation of, Liability (the "Complaint") has been filed pursuant to The Vessel Owners' Limitation Act, 46 U.S.C. § 30501 et seq., and the Federal Rules of Civil Procedure, Supplemental Rule F for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, on March 4, 2021 by SCOTT LARSEN AND DEBBIE LARSEN, owners (the "Plaintiffs") wherein Plaintiffs pray for exoneration from, or limitation of, liability for any and all losses, damages and/or injuries occasioned, allegedly sustained, or incurred upon, or in any manner arising out of, the fire of the vessel, SWEET EMOTION, official number USCG Doc. #1280853, on or about September 14, 2020 in the waters of, and adjacent to, Ox Bow Marina, Isleton, California; and whereas, the Plaintiffs have requested that notice issue out of this Court to all persons, entities, concerns, or firms claiming damages against the Plaintiffs, arising out of the operation of said vessel on said date, admonishing them to appear and file any claims and/or answers, if any, to the allegations in the Complaint; and whereas, this Court has directed by its Order Directing Issuance of Monition and Injunction, Issuing Notice, and Approving Ad Interim Stipulation for Value on March 4, 2021, that such notice issue against all such persons, entities, concerns, or firms, admonishing them and each of them to appear and file their respective claims and/or answers to the Complaint, if any, with the clerk of this Court; NOTICE IS HEREBY GIVEN TO all persons, entities, concerns, or firms claiming damages for any and all losses, damages and/or injuries occasioned, allegedly sustained, or incurred upon, or in any manner arising out of the operation of, said vessel on said date, to appear before this Court and file with the clerk of the court ON OR BEFORE April 18, 2021 their respective claims and/or answers and also to serve on, or mail a copy thereof to, Plaintiffs' attorneys, Powers Miller, 3500 Douglas Blvd. Suite 100, Roseville CA 95661, Attn: John P. Sciacca/Katherine L. Marlink. By Order Of: the Honorable Judge John A. Mendez, Judge of the United States District Court for the Eastern District of California, this March 4, 2021 in the United States District Court for the Eastern District of California.

Dated: March 5, 2021          /s/ John A. Mendez
                              _____
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE