John P. Sciacca, SBN 265049
Katherine L. Marlink, SBN 272555
**POWERS MILLER**
A Professional Corporation
3500 Douglas Blvd, Suite 100
Roseville, California 95661
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Plaintiffs,
SCOTT LARSEN and DEBBIE LARSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, IN ADMIRALITY

| | |
|---|---|
| In the matter of the Complaint of SCOTT LARSEN and DEBBIE LARSEN, owners, for exoneration from, or limitation of, liability,<br><br>            Plaintiffs. | Case No.: 2:21-cv-00390 JAM AC<br><br>**ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION; ISSUING NOTICE; AND, APPROVING AD INTERIM STIPULATION FOR VALUE**<br><br>[Federal Rule of Civil Procedure Supplemental Rules F]<br><br>Admiralty & Maritime Claim |

WHEREAS a complaint was filed in this court by Plaintiffs SCOTT LARSEN and DEBBIE LARSEN ("Plaintiffs"), on March 1, 2021, as owners of the vessel, SWEET EMOTION, (the "Vessel"), official number USCG Doc. #1280853, and plaintiffs are seeking exoneration from, or limitation of, liability as provided for by statute, for all losses, injuries, damages, and deaths resulting or arising from the fire on September 14, 2020; and,

WHEREAS appearing from the Plaintiffs' complaint due to the fire on September 14, 2020, the Vessel burned and sunk, reducing the Vessel's value to scrap with a current salvage value that does not exceed $123.50 due to the existing demand for scrap metal and that claims may be asserted against the

Plaintiffs for loss, injuries, damage, or death, and that said claims are subject to limitation in the action now on file in this Court; and,

WHEREAS an *Ad Interim* Stipulation for Value was executed and filed by Plaintiffs in the amount of $123.50 with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiffs' interest in the Vessel, if any;

**IT IS HEREBY ORDERED** that the above-described *Ad Interim* Stipulation for Value deposited by the Plaintiffs with the Court for the benefit of claimants, in the sum of $123.50 with interest at six percent (6%) per annum, as security for the amount or value of the Plaintiffs' interest in the Vessel, if any, is hereby approved;

**IT IS HEREBY ORDERED** that a notice and monition hereby issues out of, and under the seal of, this Court to and against all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject fire of Sweet Emotion on September 14, 2020, admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before 30 days after the filing of this Order, and to make due proof of their respective claims in such manner as may hereinafter be directed by further order of this Court, with liberty to any claimants who have duly filed their claims to answer the Plaintiffs' Complaint and to file such answer with the Clerk of this Court on or before the date specified above at U.S. District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814, and serve on or mail a copy thereof to Plaintiffs' attorneys, Powers Miller, 3500 Douglas

Blvd. Suite 100, Roseville CA 95661, Attn: John P. Sciacca/Katherine L. Marlink, or be DEFAULTED AND FOREVER BARRED;

**IT IS HEREBY ORDERED** that the Plaintiffs shall give public notice of said monition pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(4) for Certain Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of general circulation in Sacramento, California, once per week for four consecutive weeks prior to the deadline set out above for the filing of claims. The form of the notice shall conform substantially with the Notice to Claimants of Limitation of Liability Action and notice for publication concurrently submitted by the Plaintiffs, and included in their pleadings, and is approved by this Court; and,

**IT IS FURTHER ORDERED** that not later than the date of the second publication of said notice, the Plaintiffs shall mail a copy of said notice to every person and entity known to have made any outstanding claim against the Plaintiffs or the Vessel arising from the subject voyage; and,

**IT IS FURTHER ORDERED** that the institution or prosecution of any suit, action, or other legal or administrative proceeding of any nature in any venue (outside these proceedings) against the Plaintiffs and/or the Sweet Emotion, regarding any claim resulting or arising from the subject fire ARE HEREBY ENJOINED, STAYED, AND RESTRAINED, said injunction to remain in effect until the determination of this action in this Court; and,

**IT IS FURTHER ORDERED** that service of this order as an

Injunction shall be made by delivering a certified copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

**SO ORDERED** this 8th day of March, 2021 at Sacramento, California.

>  /s/ John A. Mendez
>  ――――――――――――――――――――
>  THE HONORABLE JOHN A. MENDEZ
>  UNITED STATES DISTRICT COURT JUDGE