# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Complaint of SCOTT LARSEN and DEBBIE LARSEN, owners, for exoneration from, or limitation of, liability,<br><br>Plaintiffs. | **Case No. 21-cv-00390-JAM-AC**<br><br>**ORDER IN ADMIRALTY** |

The Court, having considered the May 14, 2021 Stipulation [Document 28] entered between counsel for Plaintiffs Scott Larsen and Debbie Larsen ("Plaintiffs"), on the one hand, and counsel for Claimants Clinton Jones and Kathy Jones ("Jones Claimants"), on the other, regarding Plaintiffs' consent to the Jones Claimants filing amended pleadings in this action, and having considered the Jones Claimants' May 14, 2021 Answer and Affirmative Defenses [Document 29] and Claim in Limitation

[Document 30] to amend and supersede the Jones Claimants' April 15, 2021 responsive pleading [Document 14], and for good cause having been shown,

**IT IS HEREBY ORDERED** the Stipulation [Document 28] is granted and the Jones Claimants' Answer and Affirmative Defenses and Claim in Limitation [Documents 29 and 30] are deemed amended pleadings in accordance with Fed. R. Civ. P. 15.

**IT IS FURTHER ORDERED** the Jones Claimants' amended pleadings [Documents 29 and 30] relate back to the date of the filing of the original pleading [Document 14] in accordance with Fed. R. Civ. P. 15(c).

**SO ORDERED.**

DATED: May 25, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE