John P. Sciacca, SBN 265049
Katherine L. Marlink, SBN 272555
**POWERS MILLER**
A Professional Corporation
3500 Douglas Blvd, Suite 100
Roseville, California 95661
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Plaintiffs,
SCOTT LARSEN and DEBBIE LARSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, IN ADMIRALITY

| | |
|---|---|
| In the matter of the Complaint of Scott Larsen and Debbie Larsen, owners, for exoneration from, or limitation of, liability,<br><br>　　　　　　Plaintiffs. | Case No.: 2:21-cv-00390-JAM-AC<br><br>**ORDER RE: APPLICATION REGARDING INITIAL DISCLOSURE DATE (FRCP RULE 26)**<br><br>[Federal Rule of Civil Procedure Supplemental Rules F(6)]<br><br>Admiralty & Maritime Claim |

　　　The Court, having considered the Application of the Plaintiffs regarding the Initial Disclosure Date pursuant to FRCP Rule 26, hereby orders as follows:

　　　The initial disclosure date is to be August 26, 2021. Following the initial disclosures, the Parties may begin noticing depositions and conducting written discovery.

IT IS SO ORDERED.


DATED: August 6, 2021　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE