

# United States District Court
# Eastern District of California

| Scott Larsen and Debbie Larsen | Case Number: 2:21-cv-00390-JAM-AC |

Plaintiff(s)

V.

| Sweet Emotion | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael S. Leavy hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
ATLANTIC SPECIALTY INSURANCE COMPANY a/s/o Amy Peters-Robards

On 04/16/1996 (date), I was admitted to practice and presently in good standing in the Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/26/2022    Signature of Applicant: /s/ Michael S. Leavy

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael S. Leavy |
| Law Firm Name: | Law Office of Victoria A. Turchetti |
| Address: | One State Street Plaza, 31st Floor |
| City: | New York   State: NY   Zip: 10004-1561 |
| Phone Number w/Area Code: | (212) 440-6523 |
| City and State of Residence: | Mendham, New Jersey |
| Primary E-mail Address: | MLeavy@IntactInsurance.com |
| Secondary E-mail Address: | msleavy@MichaelLeavy.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Keith R. Gillette |
| Law Firm Name: | Law Offices of Richard E. Bishop |
| Address: | 222 South Harbor Boulevard |
| | Suite 900 |
| City: | Anaheim   State: CA   Zip: 92805 |
| Phone Number w/Area Code: | (781) 332-7171   Bar #: 191082 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 27, 2022           /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE