JOSHUA A. SOUTHWICK (246296)
C. JOSEPH OU (294090)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone:   (415) 348-6000
Facsimile:   (415) 348-6001
Email:        jsouthwick@gibsonrobb.com
              cjou@gibsonrobb.com

Attorneys for Claimant
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of SCOTT LARSEN and DEBBIE LARSEN, as owners of SWEET EMOTION, from exoneration from or limitation of liability | Case No. 2:21-cv-00390-JAM-AC<br><br>**JOINT STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL SCHEDULING ORDER**<br><br>Action Filed:  March 3, 2021<br>Trial Date:  July 31, 2023 |

Claimants Hanover Insurance Company, Atlantic Specialty Insurance Company, Standard Fire Insurance Company, Ace American Insurance Company, Clinton and Kathy Jones, Markel American Insurance Company, Ox Bow Marina and Plaintiffs-in-Limitation Scott and Debbie Larsen submit the following stipulation and proposed order seeking to extend certain discovery deadlines provided in the Court's August 15, 2022 Order.  (Docket No. 52).

The August 15, 2023 Order, set the following dates:

o Expert disclosures to be made by: November 18, 2022

o Supplemental disclosure and disclosure of rebuttal experts: December 2, 2022

o Discovery to be completed by: January 20, 2023

o Dispositive motions to be filed by: March 3, 2023

- o Dispositive motions to be heard on: May 9, 2023 at 1:30 p.m.
- o Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery (January 6, 2023).
- o Final pre-trial conference: June 16, 2023 at 10:00 a.m.
- o Trial: July 31, 2023 at 9:00 a.m.

(Dkt. No. 52).

The parties met and conferred and agreed that a continuance of the deadlines for expert disclosures, supplemental disclosures and discovery cut off would be appropriate given the status of discovery as well as the status of settlement negotiations. This action arises out of an explosion and fire at the Ox Bow Marina on September 14, 2020. The parties have diligently taken the depositions of multiple witnesses. However, given the number of witnesses and vessels involved, discovery is not yet complete. In addition, repairs at the Ox Bow Marina are ongoing, discovery regarding the circumstances relating to the incident and the damages incurred by the marina as a result of the incident continue to be undetermined. The parties cannot adequately prepare expert reports until discovery is complete and cannot adequately engage in settlement negotiations until damages can be better determined.

On November 14, 2022, the parties met and conferred and agreed that a further 6 month continuance would allow the parties time to complete the necessary discovery to meaningfully engage in settlement discussion. The parties contacted the Court and confirmed that the Court is able to accommodate the following schedule:

- o Expert disclosures to be made by: May 19, 2023
- o Supplemental disclosure and disclosure of rebuttal experts: June 2, 2023
- o Discovery to be completed by: July 21, 2023
- o Dispositive motions to be filed by: September 6, 2023
- o Dispositive motions to be heard on: November 14, 2023 at 1:30 p.m.
- o Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery (July 7, 2023).
- o Final pre-trial conference: December 15, 2023 at 10:00 a.m.

JOINT STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL SCHEDULING ORDER
Case No. 2:21-cv-00390-JAM-AC; Our File No. 5813.24

2

1       o Trial: February 5, 2024 at 9:00 a.m.

2 The parties respectfully request the Court grant the parties' request to continue the dates as outlined

3 above.

4       Pursuant to the Monition and order on application for publications, all claims were to be

5 filed on or before April 18, 2021 (Docket Nos. 7, 8). On or about April 20, 2021, Elaine Ilderton

6 filed a request for an extension of time to file her claim (Docket No. 20). The Court granted Ms.

7 Ilderton's request for a 90-day extension to file her claim (Docket No. 21), giving a new filing and

8 service deadline of July 21, 2021. No separate claim by Ms. Ilderton has been filed in this limitation

9 action. Therefore, based on the foregoing facts and pursuant to FRCP Title XIII Rule F(4), Ms.

10 Ilderton does not have a separate claim in this limitation action, making her signature on this

11 Stipulation unnecessary.

12 IT IS SO STIPULATED:

14 Dated: November 14, 2022           **POWERS MILLER**

By: /s/ KATHERINE MARLINK
John P. Sciacca, Esq.
Katherine Marlink, Esq.
Attorneys for Plaintiffs SCOTT LARSEN and DEBBIE LARSEN

19 Dated: November 14, 2022           **LAW OFFICE OF VICTORIA A. TURCHETTI**

By: /s/ MICHAEL S. LEAVY
Michael S. Leavy, Esq.
Attorneys for Claimant ATLANTIC SPECIALTY INSURANCE COMPANY

24 Dated: November 14, 2022           **GIBSON ROBB & LINDH LLP**

By: /s/ C. JOSEPH OU
C. Joseph Ou, Esq.
Attorneys for Claimants STANDARD FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY

JOINT STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL SCHEDULING ORDER
Case No. 2:21-cv-00390-JAM-AC; Our File No. 5813.24

3

| | | |
|---|---|---|
| 1 | Dated: November 14, 2022 | **COX WOOTON LERNER GRIFFIN & HANSEN LLP** |
| 2 | | |
| 3 | | By: _/s/ NEIL S. LERNER_____<br>Neil S. Lerner, Esq. |
| 4 | | Attorneys for Claimants CLINTON JONES and KATHY JONES |
| 5 | | |
| 6 | Dated: November 14, 2022 | **NOMA LAW FIRM** |
| 7 | | By: _/s/SALLY NOMA_____<br>Sally Noma, Esq. |
| 8 | | Attorneys for Claimant MARKEL AMERICAN INSURANCE COMPANY |
| 9 | | |
| 10 | Dated: November 14, 2022 | **KEESAL, YOUNG & LOGAN** |
| 11 | | |
| 12 | | By: _/s/ JOHN D. GIFFIN_____<br>John D. Giffin, Esq. |
| 13 | | Attorneys for Claimant OX BOW MARINA |
| 14 | Dated: November 14, 2022 | **GROTEFELD HOFFMANN GORDON & OCHOA, LLP** |
| 15 | | |
| 16 | | By: _/s/MARGARET L. SELL_____<br>Margaret L. Sell, Esq. |
| 17 | | Attorneys for Claimant HANOVER INSURANCE COMPANY |

20  I, C. Joseph Ou attest that the other signatories listed above and on whose behalf the filing

21  is submitted, concurred in the filing's content, and authorized the filing.

23  _/s/ C.JOSEPH OU_____
  C. Joseph Ou

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Pre-trial Scheduling Order of July 18, 2022, is modified as follows:

- o Expert disclosures to be made by: May 19, 2023
- o Supplemental disclosure and disclosure of rebuttal experts: June 2, 2023
- o Discovery to be completed by: July 21, 2023
- o Dispositive motions to be filed by: September 6, 2023
- o Dispositive motions to be heard on: November 14, 2023 at 1:30 p.m.
- o Joint Mid-Litigation Statement Filing Deadline: 14 days prior to close of discovery (July 7, 2023).
- o Final pre-trial conference: December 15, 2023 at 11:00 a.m.
- o Trial: February 5, 2024 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 14, 2022          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER RE: MODIFICATION OF PRE-TRIAL SCHEDULING ORDER
Case No. 2:21-cv-00390-JAM-AC; Our File No. 5813.24

5