John P. Sciacca, SBN 265049
Katherine L. Marlink, SBN 272555
**POWERS MILLER**
A Professional Corporation
3500 Douglas Blvd, Suite 100
Roseville, California 95661
Telephone No. (916) 924-7900
Telecopier No. (916) 924-7980

Attorneys for Plaintiffs,
SCOTT LARSEN and DEBBIE LARSEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, IN ADMIRALITY

| | |
|---|---|
| SCOTT LARSEN, ET AL. | ) Case No.: 2:21-cv-00390-JAM-AC |
| | ) |
| Plaintiffs, | ) **STIPULATION AND ORDER TO DISMISS** |
| | ) **ENTIRETY OF MATTER WITH PREJUDICE** |
| V | ) |
| | ) |
| SWEET EMOTION, | ) Admiralty & Maritime Claim |
| | ) |
| Defendant. | ) |

_____

**STIPULATION**

Plaintiffs Scott Larsen, Debbie Larsen and claimants ACE American Insurance Company, as subrogees of Ken Dretzka, Judy Dretzka, Richard Connic, Elaine Ilderton, Charles Foster, and Deborah Foster; Atlantic Specialty Insurance Company, as subrogee of Amy Peters-Robards; The Hanover Insurance Company, as subrogee of Ox Bow Marina (collectively "Claimants"); Ox Bow Marina, Markel American Insurance Company, as subrogees of J. Hill Construction, Inc. and Management Consulting Group; The Standard Fire Insurance Company, as subrogees of Lynette Brydon and University Network Development Corporation; and Kathy Jones, individually and as successor in interest to Clinton

Jones (deceased), by and through their attorneys of record, STIPULATE as follows:

The parties have reached a final out of court settlement of this matter. Pursuant to that settlement, the parties agree to dismiss the entirety of the present action, with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.


DATED:  January 12, 2024          POWERS MILLER

                                  By: _/s/ Katherine L. Marlink_____
                                     John P. Sciacca
                                     Katherine L. Marlink
                                     Attorneys for Plaintiffs
                                     Scott Larsen and Debbie Larson


DATED:  January 12, 2024          LAW OFFICES OF RICHARD E. BISHOP

                                  By: _/s/ Joseph Tabrisky_____
                                     Joseph P. Tabrisky
                                     Attorneys for Claimant
                                     Atlantic Specialty Insurance
                                     Company


DATED:  January 12, 2024          GIBSON ROBB & LINDH LLP

                                  By: _/s/ C. Joseph Ou_____
                                     C. Joseph Ou
                                     Attorneys for Claimants
                                     Standard Fire Insurance Company
                                     and Ace American Insurance Company


DATED:  January 12, 2024          NOMA LAW FIRM

                                  By: _/s/ Sally Noma_____
                                     Sally Noma
                                     Attorneys for Claimant
                                     Markel American Insurance Company

DATED:   January 12, 2024          KEESAL, YOUNG & LOGAN

                                   By: _/s/ John D. Giffin_____
                                       John D. Giffin
                                       Attorneys for Claimant
                                       Ox Bow Marina


DATED:   January 12, 2024          GROTEFELD HOFFMAN GORDON & OCHOA, LLP

                                   By: _/s/ Margaret J. Sell_____
                                       Margaret J. Sell
                                       Attorneys for Claimant
                                       The Hanover Insurance Company


DATED:   January 12, 2024          COX WOOTEN LERNER GRIFFFEN & HANSEN, LLP

                                   By: _/s/ Neil Lerner_____
                                       Neil Lerner
                                       Attorneys for Claimants
                                       Kathy Jones and Clinton Jones


**ATTESTATION PER LOCAL RULE 131(e)**

   The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED:   December 28, 2023         POWERS MILLER

                                   By: _/s/ Katherine L. Marlink_____
                                       John P. Sciacca
                                       Katherine L. Marlink
                                       Attorneys for Plaintiffs
                                       Scott Larsen and Debbie Larson

///

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiffs' complaint in admiralty is **DISMISSED WITH PREJUDICE**; and,

    2. Each side shall bear its own fees and costs.

IT IS SO ORDERED.


Dated: January 16, 2024    /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE