# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SCOTT LARSEN, et al.,

          Plaintiffs,

    v.

SWEET EMOTION,

          Defendant.

Case No.  2:21-cv-00390-JAM-AC

ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SECURITY SHOULD NOT BE RETURNED TO DEPOSITOR

**FOURTEEN-DAY DEADLINE**

This matter was commenced pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Supplemental Rule F.  Specifically, Plaintiffs Scott Larsen and Debbie Larsen sought exoneration from (or limitation of) liability in relation to a fire that led to the sinking of a vessel named Sweet Emotion.  (ECF No. 1.)

Pursuant to Local Rule 520(b), Plaintiffs were required to post security for costs in the amount of $1,000.00, and "[u]nless otherwise ordered by the Court, the security for costs may be combined with the security for value and interest, if such security is posted."  L.R. 520(b).  On March 8, 2021, the Hon. John. A. Mendez ordered Plaintiffs to post the security for value and interest in the amount of $123.50.  (ECF No. 8.)  On March 24, 2021, depositor Powers Miller, on behalf of Plaintiffs, posted both the $1,000.00 security for costs (Receipt No. #CAE200112950) as well as $123.50 security for value and interest (Receipt No. #CAE200112949).  Ultimately, on January 12, 2024, the parties filed a stipulation of dismissal,

dismissing the action with prejudice.  (ECF No. 69; see ECF No. 70.)

In light of the foregoing, the Court ORDERS any and all parties to show cause, in writing, within **fourteen (14) days** of entry of this order why the $1,000.00 security for costs and the $123.50 security for value and interest should not be returned to depositor Powers Miller. If a party does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court.  Thereafter, the Court will determine whether to direct the Clerk of Court to return the security to the address of the depositor on file.

IT IS SO ORDERED.

Dated:    **March 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2