# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

SCOTT LARSEN, et al.,

      Plaintiffs,

    v.

SWEET EMOTION,

      Defendant.

Case No.  2:21-cv-00390-JAM-AC

ORDER DIRECTING CLERK OF COURT TO RECONVEY CASH SECURITY TO DEPOSITOR

This matter was commenced pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Supplemental Rule F.  Specifically, Plaintiffs Scott Larsen and Debbie Larsen sought exoneration from (or limitation of) liability in relation to a fire that led to the sinking of a vessel named Sweet Emotion.  (ECF No. 1.)

Pursuant to Local Rule 520(b), Plaintiffs were required to post security for costs in the amount of $1,000.00, and "[u]nless otherwise ordered by the Court, the security for costs may be combined with the security for value and interest, if such security is posted."  L.R. 520(b).  On March 8, 2021, the Hon. John. A. Mendez ordered Plaintiffs to post the security for value and interest in the amount of $123.50.  (ECF No. 8.)  On March 24, 2021, depositor Powers Miller, on behalf of Plaintiffs, posted both the $1,000.00 security for costs (Receipt No. #CAE200112950) as well as $123.50 security for value and interest (Receipt No. #CAE200112949).  Ultimately, on January 12, 2024, the parties filed a stipulation of dismissal,

dismissing the action with prejudice.  (ECF No. 69; see ECF No. 70.)

On March 18, 2026, the undersigned issued an order to show cause, directing all parties to show cause in writing within fourteen days why the $1,000.00 security for costs and the $123.50 security for value and interest should not be returned to depositor Powers Miller.  (ECF No. 71.)  The Court's order further stated that failure to file a timely response would be construed as a non-opposition.  (Id.)  Following fourteen days, no party has filed a response.

Accordingly, IT IS HEREBY ORDERED THAT the $1,000.00 security for costs and the $123.50 security for value and interest shall be reconveyed to depositor Powers Miller.  The Clerk of Court is DIRECTED to serve a copy of this order on depositor Powers Miller, as well as return the $1,000.00 security for costs and the $123.50 security for value to the address on record for Powers Miller.

IT IS SO ORDERED.

Dated:    **April 6, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge